UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| ERIC T. SMITH | * | CIVIL ACTION NO. 2:17-CV-854 |
| D.O.C. # 132195/12307 | * | SECTION P |
| | * | |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| | * | |
| MAJOR VICTORIAN, ET AL. | * | MAG. JUDGE KATHLEEN KAY |

***********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 13] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure.

Monroe, Louisiana, this 13th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE